UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Chelsea Blanchette v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10015-DRH |
| *Samantha Broussard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13191-DRH |
| *Heather Kuntz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10034-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 8, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
      **Deputy Clerk**

**Dated:** April 9, 2014

Digitally signed by David R. Herndon
Date: 2014.04.09 10:58:45 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**